# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

REGINALD STRICKLAND,

    Plaintiff,

    v.

GINNA STEIN, et al.,

    Defendants.

            CV 2:25-149

JAMES EMORY STEIN, et al.,

    Counter Claimants,

    v.

REGINALD STRICKLAND,

    Counter Defendant

## ORDER

Before the Court is Plaintiff Reginald Strickland's motion to voluntarily dismiss a single defendant, Ginna Stein. Dkt. No. 26. After consideration, and for good cause shown, the motion is **GRANTED**, and Plaintiff's claims against Ginna Stein are hereby **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate Ginna Stein as a defendant in this action. Accordingly, Ginna Stein's motion to dismiss, dkt. no. 14, as well as Plaintiff's motion to correct the case caption, dkt. no. 26, are **DENIED** as moot.

**SO ORDERED**, this 6 day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA