# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

REGINALD STRICKLAND,

    Plaintiff,

    v.

JAMES E. STEIN, P.C., et al.,

    Defendants.

CV 2:25-149

JAMES E. STEIN, et al.,

    Counter Claimants,

    v.

REGINALD STRICKLAND,

    Counter Defendant.

## ORDER

Plaintiff initiated this action on November 24, 2025. Dkt. No. 1. On January 20, 2026, Defendants moved to dismiss the complaint. Dkt. No. 11. Thereafter, on February 10, 2026, Plaintiff amended his complaint. Dkt. No. 29. For the reasons below, Defendants' motion to dismiss is **DENIED as moot.**

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or

motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff timely filed his amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiff's amended complaint supersedes the original complaint. Defendants' motion to dismiss, dkt. no. 11, has thus been rendered moot by Plaintiff's filing of his amended complaint. Should Defendants wish to renew their motion to dismiss with regard to the amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motion to dismiss, dkt. no. 11, is **DENIED as moot.**

2

**SO ORDERED**, this ___ day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3