# In the United States District Court for the Southern District of Georgia Brunswick Division

REGINALD STRICKLAND,

    Plaintiff,

    v.

JAMES E. STEIN, P.C., et al.,

    . Defendants.

    CV 2:25-149

JAMES E. STEIN, et al.,

    Counter Claimants,

    v.

REGINALD STRICKLAND,

    Counter Defendant.

## ORDER

On February 10, 2026, Plaintiff Reginald Strickland filed both an amended complaint, dkt. no. 28, and a motion to dismiss counterclaims asserted against him, dkt. no. 29. Thereafter, Defendants filed an answer to the amended complaint and reasserted their counterclaims. Dkt. No. 40. In response, Plaintiff renewed his motion to dismiss Defendants' counterclaims. Dkt. No. 63. In that motion, Plaintiff states he withdraws his initial motion to dismiss counterclaims, dkt. no. 29, which has been rendered moot by Defendants' refiling their counterclaims. Dkt. No. 63 at 1

n.1.   Accordingly, Plaintiff's motion to dismiss counterclaims, dkt. no. 29, is deemed **WITHDRAWN**.

**SO ORDERED**, this ⟨23⟩ day of March, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA