# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

REGINALD STRICKLAND,

    Plaintiff,

    v.

JAMES E. STEIN, P.C., et al.,

    Defendants.

CV 2:25-149

JAMES E. STEIN, et al.,

    Counter Claimants,

    v.

REGINALD STRICKLAND,

    Counter Defendant.

**ORDER**

The Court recently granted Plaintiff-Counter Defendant Reginald Strickland's motion to file a second amended complaint. Dkt. Nos. 66, 76. Plaintiff filed the second amended complaint on April 15, 2026, dkt. no. 82, prompting Defendants-Counter Claimants to file a second amended answer and counterclaim, dkt. no. 91. For the reasons below, the pending motions to dismiss both the first amended complaint and first amended counterclaims, dkt. nos. 37, 60, 63, 86, are **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the Court's leave.  Fed. R. Civ. P. 15(a)(2).  An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary."  Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff sought and received the Court's leave to amend his complaint a second time.  Fed. R. Civ. P. 15(a)(2).  Further, Defendants timely responded to the second amended complaint with a second amended answer and counterclaim.  Therefore, the second amended pleadings become the operative pleadings, superseding the prior versions of those pleadings.  Accordingly, any motions to dismiss directed at the prior pleadings, dkt. nos. 37, 60, 63, 86, have been rendered moot.

## CONCLUSION

Defendants' motions to dismiss the first amended complaint, dkt. nos. 37, 60, 86, and Plaintiff's motion to dismiss the first amended counterclaim, dkt. no. 63, are **DENIED as moot.**  The motions

to dismiss directed at the operative pleadings, dkt. nos. 88, 92, remain pending.

    **SO ORDERED**, this ___11___ day of May, 2026.

                             _____
                             HON. LISA GODBEY WOOD, JUDGE
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA